UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIGI GIROTTO                                                     :

                    Plaintiff,                        :

      - against -                                            :         ORDER

TIZIANO ZORZAN LLC, a New York limited     :         21-CV-424 (ALC)(KNF)
liability company, d/b/a TIZIANO ZORZAN,
and LUIS MARQUES, an individual, and           :
ISABEL MARQUES, an individual,
                                                                         :
                    Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on September 14, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before March 28, 2022;

2. the last date on which to amend pleadings will be October 29, 2021. After this date any motion to amend will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

3. the last date on which to join additional parties will be October 29, 2021. After this date any motion to join additional parties will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

4. any dispositive motion shall be made in accordance with the applicable provision(s) of the assigned district judge's Individual Rules of Practice; and

5. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before April 28, 2022. That document must conform to the

requirements for such an order that are found in the assigned district judge's

Individual Rules of Practice.

Dated: New York, New York
September 14, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE