USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/15/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LUIGI GIROTTO,**

                  **Plaintiff,**

      -against-

**TIZIANO ZORZAN LLC, ET AL.,**

                  **Defendants.**

**21-cv-0424 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   March 15, 2022
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**